UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR VEASEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:18-cv-02601 TLN AC (PS)<br><br>ORDER |

Plaintiff, who has been granted in forma pauperis status, is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On February 15, 2019, defendants filed a motion to dismiss. ECF No. 10. Defendants subsequently re-noticed the hearing on the motion for March 27, 2019. ECF No. 13. Plaintiff has not responded to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of March 27, 2019 is CONTINUED to May 1, 2019, at 10:00 a.m. in Courtroom No. 26;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than April 17, 2019.  Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Status (Pretrial Scheduling) Conference, initially scheduled for May 5, 2019, is VACATED to be re-set as necessary.

DATED: March 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE