1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAMAR VEASEY,                              No.  2:18-cv-2601 TLN AC (PS)

12                  Plaintiff,

13        v.                                    ORDER

14   CALIFORNIA STATE UNIVERSITY
     SACRAMENTO, et al.,
15
                    Defendants.
16

17

18        Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

19   undersigned by Local Rule 302(c)(21).  On February 15, 2019, defendants filed a motion to

20   dismiss.  ECF No. 10.  The motion came on for hearing on On May 1, 2019.  Plaintiff appeared in

21   person, and defense counsel appeared telephonically.  At the hearing, plaintiff referenced

22   defendant CSUS's response, through it's Equal Employment Opportunity ("EEO") Office, to an

23   Equal Employment Opportunity Commission ("EEOC") investigation into his administrative

24   complaint.  Because this document and others related to the EEOC investigation may bear on the

25   resolution of this matter, IT IS ORDERED that within 7 days of this order, plaintiff shall file with

26   the court: (1) a copy of his May 13, 2016 administrative complaint filed with the California

27   Department of Fair Employment and Housing, and (2) documents related to any subsequent

28   ////

                                                  1

EEOC investigation, including the CSUS EEO Office response described at the hearing. Upon receipt of these documents, the court will take the motion under further review.

DATED: May 1, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE